In the Matter of THOMAS E.M., JR., Respondent, v VALERIE A.M., Appellant. [841 NYS2d 910]—Appeal from an order of the Family Court, Oneida County (Patrick L. Kirk, A.J.), entered November 28, 2006 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted petitioner primary physical placement of the parties' two youngest children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.

 RONALD J. CERCONE et al., Individually and as Parents and Natural Guardians of M.P.C., an Infant, Respondents, v JACOB PUFF, Defendant, and CLEVELAND HILL UNION FREE SCHOOL DISTRICT, Appellant. [842 NYS2d 352]—Appeal from an order of the Supreme Court, Erie County (Erin M. Peradotto, J.), entered December 15, 2006 in a personal injury action. The order denied the motion of defendant Cleveland Hill Union Free School District for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.

 ROSANN BALCOM et al., Appellants, v HSBC BANK USA et al., Respondents. [841 NYS2d 814]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered June 15, 2006 in a personal injury action. The order granted defendants' motion for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 14, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.